# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE SHAIN, ) | |
|    Plaintiff, ) | |
| v. ) | Case No. 1:21-cv-01301-JES-JEH |
| BNSF RAILWAY COMPANY, INC. ) | |
|    Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JAMIE SHAIN, by his attorneys BLUNT SLOCOMB, LTD. and the Defendant, BNSF RAILWAY COMPANY, by its attorneys, ROBBINS TRAVIS PLLC and KNIGHT NICASTRO MACKAY LLC, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that they have reached settlement regarding the claims asserted in the above captioned lawsuit. Pursuant to the terms of a fully executed settlement agreement and release, the parties agree to a dismissal of this action, with prejudice, with all costs, expenses, and attorneys' fees to be borne by the party incurring the same, and all causes of action satisfied.

WHEREFORE, the parties hereby request the Court dismiss this action as provided herein, with prejudice, all costs, expenses, and attorneys' fees to be borne by the party incurring the same.

                                    BNSF RAILWAY COMPANY

                                    By: */s/* Susan J. Travis
                                           Susan J. Travis
                                           ROBBINS TRAVIS PLLC
                                           2485 E. Southlake Blvd., Suite 160
                                           Southlake, TX  76092
                                           Telephone: 817-918-2300
                                           Facsimile 817-458-0414
                                           sjt@robbinstravis.com

By: */s/ Mitchell P. Hedrick*
Richard T. Sikes, IL #3128217
Richard M. Tomich, IL #6288659
Mitchell P. Hedrick, IL #6306138
KNIGHT NICASTRO MACKAY, LLC
200 West Adams, Suite 2445
Chicago, IL  60606
Telephone: 309.296.0961
Facsimile: 816-396-6233
sikes@knightnicastro.com
tomich@knightnicastro.com
hedrick@knightnicastro.com

JAMIE SHAIN

By: */s/ Paul T. Slocomb*
Paul T. Slocomb, IL # 6226129
Blunt Slocomb, Ltd.
1115 Locust St. 4th Floor
St. Louis, MO 63101
Phone: 314-231-5676
Email: paulslocomb@yahoo.com

## CERTIFICATE OF SERVICE

      The undersigned, a non-attorney, certifies that on this **14th day of April, 2023**, the foregoing document was served to counsel of record as follows:

***Attorneys for Plaintiff***
Paul T. Slocomb
Blunt Slocomb, Ltd.
1115 Locust St. 4th Floor
St. Louis, MO 63101
Email: paulslocomb@yahoo.com

                                          */s/ Yana Legatos*
                                          Yana Legatos-Paralegal